Certificate Number: 05781-NYS-DE-037343277

Bankruptcy Case Number: 23-10294



05781-NYS-DE-037343277

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 13, 2023</u>, at <u>9:43</u> o'clock <u>AM PDT</u>, <u>Paulo Knobel</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of New York</u>.

Date: <u>April 13, 2023</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>